UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-04579-SSC Date: August 16, 2026

Title Hassan Shaban Kanyike v. James Janecka, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order Directing Respondents to Respond to Petitioner's Emergency Response to Federal Respondents' Notice of Intended Removal and Request for Immediate Relief (ECF 7)**

On August 13, 2026, Petitioner Hassan Shaban Kanyike filed a petition for writ of habeas corpus by a person in federal custody pursuant to 28 U.S.C. § 2241. (ECF 1.) Petitioner is a noncitizen in immigration detention in Adelanto, California. (*Id.* at 2.)

On August 14, 2026, Respondents filed a notice of intended removal indicating that Petitioner is scheduled for transfer out of this judicial district on August 19, 2026, in order to effectuate his removal to Cameroon pursuant to his final order of removal. (ECF 6 at 2.)

That same day, Petitioner filed a document titled "Petitioner's Emergency Response to Federal Respondents' Notice of Intended

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-04579-SSC Date: August 16, 2026

Title Hassan Shaban Kanyike v. James Janecka, et al.

Removal and Request for Immediate Relief." (ECF 7.) Petitioner "requests that the Court enter immediate temporary relief sufficient to preserve the status quo while the Court considers the Petition and the parties' jurisdictional arguments." (*Id.* at 1–2.) Petitioner explains that the underlying petition "challenges Petitioner's removal to Cameroon, a country that was not adjudicated as a country of removal in his prior protection proceedings and as to which Petitioner has never received a meaningful opportunity to present a claim for protection from persecution or torture." (*Id.* at 3.) Petitioner seeks an administrative stay prohibiting Respondents from removing Petitioner pending further order of this Court. (*Id.* at 4.)

Respondents are ORDERED to respond to Petitioner's emergency response and request for immediate relief no later than **August 17, 2026, at 5:00 p.m.** Respondents' response should (1) attach as an exhibit a copy of Petitioner's final order of removal; and (2) address whether Petitioner's removal to a third country impacts whether the Court has jurisdiction to enjoin Petitioner's scheduled removal.

**IT IS SO ORDERED.**

:

Initials of Preparer **ts**