**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES--GENERAL**

Case No. **5:26-cv-04579-DTB** Date: **August 18, 2026**

Title: **Hassan Shaban Kanyike v. James Janecka, Warden, Adelanto ICE Processing Center, et al.**

===========================================================================

**DOCKET ENTRY**

===========================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

Rachel Maurice
Deputy Clerk

n/a
Court Reporter

ATTORNEYS PRESENT FOR PETITIONER:
None present

ATTORNEYS PRESENT FOR RESPONDENT:
None present

**PROCEEDINGS: (IN CHAMBERS) ORDER PROHIBITING PETITIONER'S REMOVAL FROM THE DISTRICT DURING PENDENCY OF THE CASE**

On August 18, 2026, this matter was transferred to this Court's calendar. (Docket No. 11). The Court has now reviewed Petitioner's Petition for Writ of Habeas Corpus ("Petition") (Docket No. 1), Respondents Notice of Intended Removal of Petitioner (Docket No. 6), Petitioner's Emergency Response to Notice of Intended Removal (Docket No. 7), and Respondent's Reply to Petitioner's Emergency Response to Notice of Intended Removal (Docket No. 10).

In the Petition, Petitioner seeks immediate release from immigration detention, as well as other relief. However, Respondents intend to remove Petitioner from this District on August 19, 2026.

In order to preserve the Court's jurisdiction pending a ruling in this case, IT IS ORDERED that Petitioner shall not be removed from the Central District of California pending resolution of this case, or unless otherwise ordered by the Court. See U.S. v. United Mine Workers of Am., 330 U.S. 258, 293 (1947) (concluding the district court "had the power to preserve existing conditions while it was determining its own authority to grant injunctive relief"); Cal. Energy Comm'n v. Johnson, 767 F.2d 631, 634 (9th Cir. 1985) ("The All Writs Act, 28 U.S.C. § 1651(a), empowers the federal courts to issue writs of mandamus necessary to protect their prospective jurisdiction.").

**IT IS SO ORDERED**.



Initials of Deputy Clerk RAM