# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **5:26-cv-04579-DTB** Date: **August 20, 2026**

Title: **Hassan Shaban Kanyike v. James Janecka, Warden, Adelanto ICE Processing Center, et al.**

================================================================

## DOCKET ENTRY

================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| | |
|---|---|
| Rachel Maurice | n/a |
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PETITIONER: | ATTORNEYS PRESENT FOR RESPONDENT: |
|---|---|
| None present | None present |

**PROCEEDINGS: (IN CHAMBERS) ORDER REQUIRING RESPONSE TO PETITION**

On August 18, 2026, the Court ordered that Petitioner shall not be removed from the Central District of California pending resolution of this case, or unless otherwise ordered by the Court. See U.S. v. United Mine Workers of Am., 330 U.S. 258, 293 (1947) (concluding the district court "had the power to preserve existing conditions while it was determining its own authority to grant injunctive relief"); Cal. Energy Comm'n v. Johnson, 767 F.2d 631, 634 (9th Cir. 1985) ("The All Writs Act, 28 U.S.C. § 1651(a), empowers the federal courts to issue writs of mandamus necessary to protect their prospective jurisdiction."). (Docket No. 12).

Pursuant to General Order 26-05 and Briefing Schedule (Docket No. 5), Respondent's Answer to the Petition is due on or before August 20, 2026.

On the Court's own motion, the Court, *sua sponte*, extends Respondents' time up to and including August 24, 2026, within which to file their Answer. Petitioner's Reply shall be filed within 3 days of receipt of Respondents' Answer.

**IT IS SO ORDERED**.